DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Bryant<br><br>Case Below:<br>176 N.C. App. 190 | No. 117A06 | 1. AG's Notice of Appeal (Dissent)<br>(COA05-514)<br><br>2. AG's Motion for Temporary Stay<br><br>3. AG's Petition for Writ of Supersedeas | 1. ——<br><br>2. Allowed<br>3/13/06<br><br>3. Allowed<br>3/13/06 |
| State v. Burks<br><br>Case Below:<br>175 N.C. App. 593 | No. 065P06 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-138)<br><br>2. Def's PWC to Review Decision of COA | 1. Denied<br>(04/06/06)<br><br>2. Denied<br>(04/06/06) |
| State v. Byers<br><br>Case Below:<br>175 N.C. App. 280 | No. 069P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1035) | Denied<br>(04/06/06) |
| State v. Cameron<br><br>Case Below:<br>175 N.C. App. 248 | No. 031P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-415) | Denied<br>(04/06/06) |
| State v. Chapman<br><br>Case Below:<br>176 N.C. App. 767 | No. 179P06 | AG's Motion for Temporary Stay<br>(COA05-254) | Allowed<br>04/07/06 |
| State v. Crow<br><br>Case Below:<br>175 N.C. App. 119 | No. 045P06 | 1. Def's NOA Based Upon A<br>Constitutional Question (COA05-253)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion for Temporary Stay<br><br>4. Def's Petition for Writ of Supersedeas<br><br>5. AG's Motion to Deem State's Response<br>Timely Filed | 1. Dismissed<br>*Ex mero motu*<br>(05/04/06)<br><br>2. Denied<br>(05/04/06)<br><br>3. Denied<br>02/10/06<br>360 N.C. 365<br><br>4. Denied<br>(05/04/06)<br><br>5. Allowed<br>(05/04/06) |
| State v. Cupid<br><br>Case Below:<br>175 N.C. App. 795 | No. 107P06 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA05-331)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR | 1. ——<br><br>2. Allowed<br>(04/06/06)<br><br>3. Denied<br>(04/06/06) |